**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-6298**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JAMAA I. JOHNSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Frank W. Volk, Chief District Judge.  (2:13-cr-00091-7)

---

Submitted:  January 22, 2026                                Decided:  January 29, 2026

---

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jamaa I. Johnson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamaa I. Johnson appeals the district court's order denying his 18 U.S.C. § 3582(c)(1) motion for compassionate release. We review the denial of compassionate release under § 3582(c)(1)(A) for abuse of discretion. *United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023). "In doing so, we ensure that the district court has not acted arbitrarily or irrationally, has followed the statutory requirements, and has conducted the necessary analysis for exercising its discretion." *Id.* (citation modified). "In analyzing a motion for compassionate release, district courts must determine: (1) whether extraordinary and compelling reasons warrant such a reduction; and (2) that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." *United States v. Malone*, 57 F.4th 167, 173 (4th Cir. 2023). "Only after this analysis may the district court grant the motion if (3) the relevant 18 U.S.C. § 3553(a) factors, to the extent they are applicable, favor release." *Id.*

On appeal, Johnson reasserts the merits of his filings below and challenges the district court's conclusion that he failed to demonstrate extraordinary and compelling reasons for a sentence reduction. We have reviewed the record and find no abuse of discretion. Accordingly, we affirm the district court's order. *United States v. Johnson*, No. 2:13-cr-00091-7 (S.D. W. Va. Mar. 10, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*